```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                      NORTHERN DIVISION
```

RAFAL PODHCUL,                       :
                                     :
    Petitioner,                      :
                                     :
vs.                                  :   CIVIL ACTION 06-0566-WS-M
                                     :
WARDEN BILL BATEMAN, et al.,         :
                                     :
    Respondent.                      :

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED** without prejudice.

DONE this 8th day of November, 2006.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE
